[No. 15004–9–I.  Division One.  October 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. TRACY
LEE SPIEGLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–00810–1, Patricia H. Aitken, J., entered
July 2, 1984. *Affirmed* by unpublished opinion per Swan-

1024

son, J., concurred in by Coleman, J., Ringold, A.C.J., dissenting.